# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION, CLEVELAND

| | | |
|---|---|---|
| R.W. BECKETT CORPORATION, | : | Case No: 1:17-cv-00856 |
| | : | |
| Plaintiff, | : | Judge James Gwin |
| | : | Magistrate David A. Ruiz |
| v. | : | |
| | : | |
| CONTINENTAL CASUALTY COMPANY, | : | **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |
| | : | |
| Defendants. | : | |

All claims which were brought or could have been brought in this proceeding are hereby DISMISSED WITH PREJUDICE with all parties bearing their own costs and fees. The Court shall retain jurisdiction over this matter for purposes of enforcing the terms and conditions of the parties' settlement.

Dated: November 14, 2017

                                                        *s/ James S. Gwin*
                                                        JAMES S. GWIN
                                                        UNITED STATES DISTRICT COURT JUDGE

Stipulated to by:

*/s/ Howard T. Lane*
Howard T. Lane, Esq.
Attorney for Plaintiff R.W. Beckett Corporation

*/s/ David W. Walulik*
David W. Walulik, Esq.
Attorney for Defendant Continental Casualty Company